# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2152

_____

Sandra Kemper, Now        *
known as Sandra Bryant,     *
                                 *
        Appellant,           *
                                 *   Appeal from the United States
     v.                        *   District Court for the Eastern
                                 *   District of Missouri.
St. Louis County,            *
                                 *   [UNPUBLISHED]
        Appellee.            *

_____

Submitted: February 11, 2010
Filed: February 17, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Sandra Kemper appeals the district court's[1] order dismissing her federal civil rights and state-law tort claims against St. Louis County. After careful de novo review, see O'Neil v. Simplicity, Inc., 574 F.3d 501, 503 (8th Cir. 2009) (dismissal), Cousineau v. Norstan, Inc., 322 F.3d 493, 499 (8th Cir. 2003) (questions of state law), we conclude that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.